**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
SECOND AMENDED PLAN

DEBTOR: Sonia Motta            JOINT DEBTOR:                            CASE NO.: 15-10557-RBR
Last Four Digits of SS# 1221         Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditor's pro-rata under the plan:

    A.    $ 284.15 for months 1 to 36; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 + $775 (Motion to Value) = 4425 TOTAL PAID $ 1800
    Balance Due   $ 2625  payable $ 190.58/month (Months 1 to 13) and
    payable $ 147.46/month (Months 14 to 14)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. TD Retail Card Services                Payoff on Petition Date  $2,438.49
Address: c/o Creditor Bankruptcy Service         Payment        $ 67.74/month (Months 1 to 36)
    POB 800849, Dallas
Account No: 5572

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| US Bank Home Mortgage | 3700 SW 46 Avenue, West Park, FL 33023 $51,380.00 | 0% | n/a | n/a | Strip off mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                   Total Due $_____
    Payable   $_____/month  (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 43.12/month (Months 14 to 14) and Pay $ 190.58/month (Months 15 to 36).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditors Citimortgage, Inc, West Texas Development, LTD and World Omni and will continue to pay said creditors directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Robert Sanchez, Esq.
Attorney for the Debtor                    Joint Debtor
Date: 4-15-15                              Date:

LF-31 (rev. 01/08/10)